**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| MARQUES ANDRE JOHNSON, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 16-185-LPS |
| | : | |
| WARNER BROS. ENTERTAINMENT, | : | |
| INC., TMZ PRODUCTIONS, INC., EHM | : | |
| PRODUCTIONS, INC., TTT WEST | : | |
| COAST, INC., BARSTOOL SPORTS, | : | |
| INC., BET INTERACTIVE, LLC, REAL | : | |
| TIMES MEDIA, LLC, DAILY NEWS, | : | |
| L.P., CHERI MEDIA LLC, INTERACTIVE | : | |
| ONE, LLC, GANNET COMPANY, INC., | : | |
| CBS INTERACTIVE, INC., VIACOM | : | |
| INTERNATIONAL, INC., TOWNSQUARE | : | |
| MEDIA, INC., and IHEARTMEDIA, INC., | : | |
| | : | |
| Defendants. | : | |

## ORDER

WHEREAS, Defendant Barstool Sports, Inc. ("Barstool Sports") was served later than the other defendants in this matter;

WHEREAS, Barstool Sports' initial responsive pleading was not due until February 28, 2017 (D.I. 50);

WHEREAS, the Court granted motions to dismiss filed by each of the other defendants in this matter on statute of limitations grounds and closed the case on February 14, 2017 (D.I. 54);

WHEREAS, Barstool Sports stands in the same legal position as the other defendants with respect to the statute of limitations, having published its story on April 16, 2014, the same day as each of the other defendants other than iHeartMedia (D.I. 21 at ¶ 111);

1

WHEREAS, Pennsylvania's one-year statute of limitations is applicable to all claims against Barstool Sports, and expired on April 16, 2015, prior to the Complaint being filed by Plaintiff;

WHEREAS, Barstool Sports filed a letter with the Court seeking to join the other defendants' previously-granted motion to dismiss on February 28, 2017 (D.I. 55);

WHEREAS, the Court ordered Plaintiff Marques Andre Johnson ("Plaintiff") to respond to Barstool Sports's letter by March 13, 2017 (D.I. 56);

WHEREAS, Plaintiff filed no response;

IT IS HEREBY ORDERED that:

1. Barstool Sports is hereby joined in the Motion to Dismiss filed by Defendants Warner Bros. Entertainment, Inc., TMZ Productions, Inc., EHM Productions, Inc., and TTT West Coast, Inc. (D.I. 28);

2. The Motion to Dismiss is GRANTED in favor of Barstool Sports based on the statute of limitations; and

3. The Amended Complaint is dismissed with prejudice as to Barstool Sports in conformity with the Court's prior ruling in favor of the other defendants in this matter.

March 24, 2017
Wilmington, Delaware

HONORABLE LEONARD P. STARK
UNITED STATES DISTRICT COURT